IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL DE JESUS VASQUEZ CRUZ, Petitioner, | CIVIL ACTION |
| v. | NO. 26–7784 |
| J.L. JAMISON, et al., Respondents. | |

**STIPULATION AND ORDER OF CONFIDENTIALITY**

**WHEREAS**, all parties to this civil action ("the Parties") wish to be bound by the terms and conditions of this Stipulation and Order of Confidentiality ("Stipulated Order");

**WHEREAS**, the Parties wish this Stipulated Order to cover disclosure and handling of records and information that Respondents (collectively, the "United States") produce and disclose in response to the Court's October 9, 2026 Order requiring the United States to produce to Petitioner Vasquez Cruz's counsel "any [existing] body-worn-camera [arrest] footage" (the "footage"), *see* ECF No. 2 ¶ 6; and

**WHEREAS**, the United States lacks the time that would be necessary to make normal redactions of the footage in advance of the Court's October 15, 2026 deadline for the United States to respond to the Petition;

**NOW, THEREFORE**, the Parties hereby **STIPULATE AND AGREE** that:

1. Under *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d. Cir. 1994), good cause exists for the Court to issue enter this Stipulated Order requiring "confidential" treatment of the footage. The Court's entry of the Stipulated Order enables the United States to share the footage promptly with Petitioner's counsel: (a) for purposes of the litigation; and (b) in accordance with the Court's ECF 2 Order and Federal Rule of Civil Procedure 26(c).

2. Accordingly, the United States will mark the footage "confidential" and will produce it, for inspection and use only in this litigation, to Petitioner's counsel.

Upon receipt, Petitioner's counsel may may disclose the footage (which shall continue to be marked "confidential") only to: (a) Petitioner's counsel's agents, support staff, outside experts, and consultants; (b) court reporters who transcribe testimony in this litigation; and (c) witnesses who may need to use the footage for their testimony in this litigation. Petitioner's counsel shall ensure that all such recipients are provided a copy of this Stipulated Order and are advised that they are subject to it.

3. Information contained in or taken from the footage (including any copies, summaries, or transcriptions of the footage) shall not be disclosed to any other person or in any other manner, except upon leave and order of Court.

4. Should any party intend to use the footage (or any copy, summary, or transcription of any part of it) in a way that may become a matter of public record (for example, in a court filing or trial exhibit), the video or derivative information shall not be made a matter of public record: (a) except in such redacted form that the United States approves of in advance of public use; or (b) upon leave and order of the Court.

5. The footage shall be destroyed or returned to counsel for the United States within sixty (60) days after this litigation fully and finally concludes. If the footage is properly destroyed, Petitioner's counsel shall so notify counsel for the United States, in writing.

6. The Court retains the right to allow the disclosure of any subject covered by (and to modify) this Stipulated Order at any time in the interests of justice.

**SO STIPULATED:**

DAVID METCALF
United States Attorney

/s/ Christopher Setz-Kelly
Carolina Fernandez, Esq.
Christopher Setz-Kelly, Esq.
Defender Association of Philadelphia
1441 Sansom Street
Philadelphia, PA 19102
cmfernandez@philadefender.org
(267) 765-6623

*Attorneys for Petitioner*

/s/ Gerald B. Sullivan
Gerald B. Sullivan
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
gerald.sullivan@usdoj.gov
(215) 861-8786

*Attorneys for Respondents*

Dated: October 13, 2026

The foregoing Stipulation and Confidentiality Order is hereby

**APPROVED AND SO ORDERED:**

BY THE COURT:

Dated: October 14, 2026

/s/ Joshua D. Wolson
JOSHUA D. WOLSON
United States District Judge