**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MANUEL DE JESUS VASQUEZ CRUZ**,<br>*Petitioner*,<br>v.<br>**J.L. JAMISON,** ***et al.***,<br>*Respondents.* | **Case No. 26-cv-07784-JDW** |

**MEMORANDUM**

**AND NOW**, this 23rd day of October, 2026, upon review of Petitioner Manuel de Jesus Vasquez Cruz (ECF No. 1), it is **ORDERED** that the Petition is **GRANTED** as follows:

1. The Government shall **RELEASE** Mr. Vasquez Cruz from custody immediately on this day and certify compliance with my Memorandum Opinion and Order by filing on the docket no later than 12:00 p.m. ET on October 26, 2026;

2. If the Government chooses to pursue re-detention of Mr. Vasquez Cruz pursuant to 8 U.S.C. § 1226(a), it must provide him with a valid warrant and individualized custody determination.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.